Matthew L. Durham
Nevada Bar No. 10342
mdurham@kingdurham.com
Chad D. Olsen
Nevada Bar No. 12060
colsen@kingdurham.com
KING & DURHAM PLLC
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Attorneys for Defendant
SECURITYNATIONAL MORTGAGE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>SECURITYNATIONAL MORTGAGE COMPANY, a Utah Corporation,<br><br>Defendant. | Case No. 2:20-cv-02164-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jessica Martinez ("Plaintiff") and Defendant SecurityNational Mortgage Company ("Defendant") to dismiss, with prejudice, Plaintiff's complaint against Defendant, and each and every cause of action or claim for injury and/or damage therein, with each party to bear its own fees and costs.

DATED: 4/1/21

_____
Jessica Martinez
6754 Frances Celia Ave.
Las Vegas, NV 89122
(702) 374-6729
Email: jessicamartinezmartinez@aol.com

Pro Se Plaintiff

DATED: April 1, 2021

KING & DURHAM PLLC

By  /s/ Matthew L. Durham
Matthew L. Durham, NV Bar No. 10342
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 833-1100

Attorneys for Defendant
SECURITYNATIONAL MORTGAGE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: April 2, 2021

_____
UNITED STATES DISTRICT JUDGE

-2-